IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EDDY ETIENNE, *

Petitioner *

v * Civil Action No. JFM-15-998

JACK KAVANAUGH, et al., *

Respondents *
\*\*\*

## ORDER

Petitioner, a national of Haiti, alleges he has been detained at Howard County Detention Center pending removal from this country, without a bond hearing. Petitioner, through counsel, asserts, inter alia, that the length of his detention surpasses the presumptively reasonable period of time for detention pending removal under *Zadvydas v. Davis*, 533 U.S. 678, 121 S.Ct. 2491 (2001). Respondents shall answer the Petition.

Accordingly, it is hereby ORDERED this 10th day of April, 2015, by the United States District Court for the District of Maryland, that:

1. Respondent SHALL SHOW CAUSE within 40 days of the date of this Order why Petitioner's writ should not be granted and SHALL FURNISH copies of all relevant records; and

2. The Clerk SHALL MAIL a copy of this Order to Counsel for Petitioner and ALSO PROVIDE a copy of this Order and the Petition to Assistant United States Attorney Allen Loucks, Office of the United States Attorney.


\_\_\_/s/_____
J. Frederick Motz
United States District Judge